# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:21-cv-00997-KES                                                                                          Date: September 13, 2021

Title:  STEVEN HIRSCH v. HYGO INC.

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| <u>Jazmin Dorado</u> | <u>Not Present</u> |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTD: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **Order to Show Cause Why Action Should Not Be Dismissed for Failure to Timely Serve Defendant**

    Plaintiff Steven Hirsch ("Plaintiff") filed this action on June 7, 2021.  (Dkt. 1.)  Federal Rule of Civil Procedure 4(m) generally requires plaintiffs to serve defendants with process within 90 days after the complaint is filed.  Although that 90-day deadline expired on September 7, 2021, Plaintiff has not filed any proof of service as of the date of this order.

    IT IS THEREFORE ORDERED that, **on or before September 27, 2021**, Plaintiff shall show cause why this action should not be dismissed without prejudice for failure to timely serve Defendant.

Initials of Deputy Clerk <u>JD</u>